# THE KEENAN LAW FIRM

ATTORNEYS AND COUNSELORS AT LAW

3123 Cloverbank Road
Hamburg, New York 14075
Tel: (716) 880-6867
Email: jkeenan346@gmail.com

John J. Keenan Esq., Partner

**Admitted to Practice in**  **Barrister & Solicitor**
**New York, California and**  (Licensed by the Law Society
**Ontario, Canada**  of Ontario)

May 29, 2025

RE:  RMG Financial Management LLC v Grantham et.al.  1:24-cv-01180

Hon. Leslie G. Foschio
United States District Court
2 Niagara Square
Buffalo, NY 14302

Dear Judge Foschio:

     I am writing concerning the above-referenced matter.  A clerk's entry of default against all defendants was entered on January 16, 2025.  I filed a motion for default judgment for my client, RMG Financial Management LLC, on April 10, 2025.  On April 11, 2025, the matter was referred to you.

     I had hoped that we could obtain the default judgment based on the declaration of RMG's CEO.  However, if your Honor requires, we are prepared to do a damages inquest.  The principal and CEO of my client, Rami Michaeli, is located in Israel.  I would therefore ask that if you schedule an inquest, that Mr. Michaeli be allowed to appear by Zoom for that proceeding.

     Respectfully,

     /S/John J. Keenan