# THE KEENAN LAW FIRM

ATTORNEYS AND COUNSELORS AT LAW

3123 Cloverbank Road
Hamburg, New York 14075
Tel: (716) 880-6867
Email: jkeenan346@gmail.com

John J. Keenan Esq., Partner

**Admitted to Practice in**  **Barrister & Solicitor**
**New York, California and**  (Licensed by the Law Society
**Ontario, Canada**  of Ontario)

July 25, 2025

RE:  RMG Financial Management LLC v Grantham et.al.  1:24-cv-01180

Hon. Leslie G. Foschio
United States District Court
2 Niagara Square
Buffalo, NY 14302

Dear Judge Foschio:

     I am writing concerning the above-referenced matter.  As you know the Court issued a scheduling order on June 2, 2025 regarding Plaintiff's first motion for default judgment.  All defendants were to respond to the motion by June 17, 2025.  Nothing was filed by any defendant and the defendants have again defaulted.  Plaintiff was to reply by June 27, 2025 but there was no submission by any defendant to which to reply.  Consequently, plaintiff is requesting the Court report back to District Judge Sinatra requesting that he enter judgment for the plaintiff.

                Respectfully,

                /S/John J. Keenan