UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

_____

RMG FINANCIAL MANAGEMENT LLC

v.

                                                                  Case No.   1:24-CV-01180 JLS

JESSE GRANTHAM

And

ALL AMERICAN REFINERY

And

ISLAND L.P. GAS SERVICES, INC. D/B/A PROPANE MAN

_____

## DECLARATION OF ATTORNEY JOHN J. KEENAN

John J. Keenan makes this Declaration under penalty of perjury and states as follows:

1. I am counsel of record for the Plaintiff RMG Financial Management LLC and I am admitted to practice before this Honorable Court.

2. I am fully familiar with all the facts and circumstances surrounding the Defendants' defaults in answering the Complaint or the motion for default judgment.

3. I make this Declaration in further support of Plaintiff's Objections to the previous decision of this Court dismissing Plaintiff's Complaint for failing to state a claim in this case in which Defendants have defaulted in answering.

4. Plaintiff filed Objections along with a memorandum of law.

5. The District Court ordered that Defendants provide responses to Plaintiff's Objections by January 2, 2026.

6. Defendants defaulted once again and failed to respond to Plaintiff's Objections.

7. Plaintiff was allowed to reply by January 9, 2026.

8. In numerous discussions which I have had with Defendants' counsel since this civil action was filed, he has indicated that the Defendants have no intention of answering or responding.

9. If this Court refuses to vacate its order dismissing the Complaint, the Plaintiff, who has been the victim of the Defendants' actions, and who has suffered many hundreds thousands of dollars in damages, will be severely prejudiced.

10. Further as detailed in Plaintiff's memorandum of law, the decision by the Magistrate is not in accordance with the Federal Rules of Civil Procedure or New York substantive law which applies since this is a case in which jurisdiction is based solely upon diversity.

11. Consequently, the Plaintiff requests that this Honorable District Court vacate the decision of the Magistrate Judge and enter judgement against the Defendants as requested by the Plaintiff.

Executed at New York City

January 9, 2026

＿＿/S/John J. Keenan＿＿＿＿＿