UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



RMG FINANCIAL MANAGEMENT
LLC,

          Plaintiff,

    v.

JESSE GRANTHAM, ALL AMERICAN
REFINERY, and ISLAND L.P. GAS
SERVICES INC., doing Business as
Propane Man,

          Defendants.

24-CV-1180 (JLS) (LGF)

## DECISION AND ORDER

Plaintiff RMG Financial Management LLC commenced this action on December 3, 2024, alleging fraud and breach of contract against Defendants. *See* Dkt. 1. The case has been referred to United States Magistrate Judge Leslie G. Foschio for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 14.

On April 11, 2025, Plaintiff moved for default judgment and attached a declaration, a proposed judgment by default, and a certificate of service establishing copies of Plaintiff's motion and the declaration were served by mail on each defendant. Dkt. 13, 13-1, 13-2, 13-3. On June 2, 2025, Judge Foschio issued a text order allowing Defendants to respond to Plaintiff's motion for default judgment by June 17, 2026.

Dkt. 16.  Copies of Judge Foschio's text order were mailed to each defendant and no defendant appeared or responded by the June 17, 2026 deadline.  *See* Dkt. 17.   On December 2, 2025, Judge Foschio issued a Report and Recommendation ("R&R"), recommending that this Court deny Plaintiff's [13] motion for default judgment and dismiss the Complaint.  *See* Dkt. 18.

Plaintiff objected to the R&R.  Dkt. 19.  Plaintiff argues that the R&R erroneously applied the Federal Rules of Civil Procedure and New York law when it recommended that this Court deny Plaintiff's motion for default judgment and dismiss the Complaint.  *See id.* at 1.  Defendant Island L.P. Gas opposed Plaintiff's objections, Dkt. 25, and Plaintiff replied.  Dkt. 27.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).  A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects.  *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3).  But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised.  *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and the relevant record.  Based on its *de novo* review, the Court accepts and adopts Judge Foschio's recommendation to deny Plaintiff's motion for default judgment and dismiss the Complaint.

For the reasons above and in the R&R, Plaintiff's [13] motion for default judgment is DENIED and the Complaint is DISMISSED with leave to amend within 30 days. The Clerk of Court shall close the case.


SO ORDERED.

Dated:        May 26, 2026
              Buffalo, New York

                                    _____
                                    JOHN L. SINATRA, JR.
                                    UNITED STATES DISTRICT JUDGE